UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CESAR N. MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:11-cv-01417-LDG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MTC FINANCIAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated September 2, 2011, required the parties to file a Joint Status Report regarding removed action no later than October 5, 2011.  To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **October 24, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 12th day of October, 2011.

                                                                     _____
                                                                     GEORGE FOLEY, JR.
                                                                     United States Magistrate Judge